IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY L. DANNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:05-CV-1817D |
| VS. | § | |
| | § | |
| AL RICHARD, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the December 14, 2005 supplemental findings, conclusions, and recommendation of the magistrate judge, the court concludes that the supplemental findings and conclusions are correct. It is therefore ordered that the supplemental findings, conclusions, and recommendation of the magistrate judge are adopted.

Plaintiff's motion for leave to proceed *in forma paupiers* is denied. This action will be dismissed as barred by three strikes under 28 U.S.C. § 1915(g) unless plaintiff tenders the $250.00 filing fee to the District Clerk within 20 days of the date this order is filed.

**SO ORDERED**.

December 27, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE